AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

KEVIN WELLINGTON,

    Petitioner,     JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:05-CV-0004-ECR-VPC**

MICHAEL BUDGE, et al.,

    Respondents.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Document #7) is **DENIED**.

  March 28, 2008                                    **LANCE S. WILSON**
                                                          Clerk

                                                         o
                                                    /s/  Katie Lynn Ogden
                                                         Deputy Clerk